## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re:** | ) |
|  | ) **Chapter 11** |
|  | ) **Case No. 01-1139 (JKF)** |
| **W.R. GRACE & CO., et al.,** | ) **(Jointly Administered)** |
|  | ) |
| **Debtors.** | ) **Related Docket No. 13257** |
|  | ) |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a)(2), David T. Austern, the Court-appointed legal representative for future asbestos claimants, the Official Committee of Asbestos Personal Injury Claimants, and the Official Committee of Asbestos Property Damage Claimants, by their respective counsel, hereby give notice of appeal to the United States District Court for the District of Delaware from the Bankruptcy Court's Interim Order Pursuant To Bankruptcy Code Section 1121(d) Extending Debtors' Exclusive Periods In Which To File A Chapter 11 Plan And To Solicit Votes Thereon, entered in these cases on September 19, 2006, docket number 13257 (the "Interim Order").

The parties to the Interim Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**W.R. Grace & Co.,** *et al.* **(Debtors)**

Kirkland & Ellis LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000

Pachulski Stang Ziehl Young Jones
& Weintraub LLP
Laura Davis Jones
James E. O'Neill
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100

**Official Committee of Unsecured Creditors**

Stroock & Stroock & Lavan LLP
Lewis Kruger
Kenneth Pasquale
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400

Duane Morris LLP
Michael R. Lastowski
Richard W. Riley
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4900

Duane Morris LLP
William S. Katchen
744 Broad Street, Suite 1200
Newark, New Jersey 07102
Telephone: (973) 424-2031

**Official Committee of Equity Holders**

Kramer Levin Naftalis & Frankel LLP
Philip Bentley
Gregory Horowitz
Gary M. Becker
919 Third Avenue
New York, New York 10022
Telephone:  (212) 715-9100

Klett Rooney Lieber & Schorling
Teresa K.D. Currier
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
Telephone:  (302) 552-4200


**Future Claimants' Representative**

Orrick, Herrington & Sutcliffe LLP
Roger Frankel
Richard H. Wyron
3050 K Street, NW
Washington, DC 20007
Telephone:  (202) 339-8400

Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, Delaware 19806
Telephone:  (302) 655-4200

| | |
|---|---|
| **Official Committee of Asbestos Personal Injury Claimants** | Caplin & Drysdale, Chartered<br>Elihu Inselbuch<br>375 Park Avenue, 35th Floor<br>New York, New York 10152<br>Telephone: (212) 319-7125<br><br>Caplin & Drysdale, Chartered<br>Peter Van N. Lockwood<br>Nathan D. Finch<br>Walter B. Slocombe<br>Jeffrey A. Liesemer<br>One Thomas Circle, NW<br>Washington, DC 20005<br>Telephone: (202) 862-5000<br><br>Campbell & Levine, LLC<br>Marla Rosoff Eskin<br>Mark T. Hurford<br>Kathleen Campbell Davis<br>800 N. King Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1900 |
| **Official Committee of Asbestos Property Damage Claimants** | Bilzin Sumberg Baena Price & Axelrod LLP<br>Scott L. Baena<br>Jay M. Sakalo<br>2500 First Union Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 374-7580<br><br>Ferry, Joseph & Pearce, P.A.<br>Michael B. Joseph<br>Theodore J. Tacconelli<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, Delaware 19899<br>Telephone: (302) 575-1555 |

**Office of the United States Trustee**

David M. Klauder
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Telephone: (302) 573-6491

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Roger Frankel
Richard H. Wyron
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

*Counsel for David T. Austern,*
*Future Claimants' Representative*

CAMPBELL & LEVINE, LLC

Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000

*Counsel for the Official Committee of*
*Asbestos Personal Injury Claimants*

5

BILZIN SUMBERG BAENA
PRICE & AXELROD LLP

Scott L. Baena
Jay M. Sakalo
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
Telephone: (305) 374-7580

Theodore J. Tacconelli (#2678)
Lisa L. Coggins (#4234)
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Telephone: (302) 575-1555

*Counsel for the Official Committee of*
*Asbestos Property Damage Claimants*

Dated: September 29, 2006

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | Case no. 01-01139 (JFK) |
| W.R. GRACE & CO., *et al.*, | ) | Jointly Administered |
| | ) | Re: Docket No. 11067 |
| Debtors | ) | 9/11/06 Agenda, Item No. 1 |
| | ) | |
| | ) | |

**INTERIM ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1121(d)**
**EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER**
**11 PLAN AND TO SOLICIT VOTES THEREON**

This matter coming before the Court on the Debtors' Ninth Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to file a Chapter 11 Plan and to Solicit Votes Thereon (the "Motion"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1134, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was adequate under the circumstances; and the Court having reviewed the relevant responses and objections to the Motion, having heard the arguments of Counsel and having determined that just cause has been established for the relief granted herein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.     The Debtors' exclusive filing and solicitation periods for a chapter 11 plan are extended through and including the date that an Order consistent with this Court's rulings at the September 11, 2006 hearing is entered.

K&E 11353600.1

2.    The Court shall retain jurisdiction to hear and determine all mattes arising from or related to this Order.

Dated: *Nunc pro tunc* to <u>September 11, 2006</u>

The Honorable Judith K. Fitzgerald   **rmab**
United States Bankruptcy Judge

2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE


**WR GRACE**
**Bankruptcy Case No. 01-1139**                              **November 1, 2006**
**Appeal No.: 06-63**


**Name of Appellant:**     **Davis T Austern,  Future Claimant's  Representive**
**Counsel for Appellant:**  **Orrick Herrington & Sutcliffe LLP**
Roger Frankel
**3050 K Street NW**

**Washington DC 20007**


**John C Phillips Jr.,  Phillips Goldman & Spence PA**
**1200 North Broom Street**
**Wilmington DE 19806**


**Campbell  Levine LLC,**
**Official Committee of Asbestos Personal Injury Claimants**
**Marla R. Eskin**
**800 King Street**
**Wilmington De 19801**


**Elihu Inselbunch,   Caplin & Drysdale, Chartered**
**375 Park Avenue 35ᵗʰ Floor**
**New York NY 10152**


**Bilzin Sumberg Baena Price  Axelrod LLP**
**Official Committee of Asbestos Property Damage Claimants**
**Scott Baena**
**200 South Biscayne Boulevard**
**Suite 2500**
**Miami FL 33131**


**Theodore J Tacconelli   Ferry Joseph & Pearce PA**
**824 Market Street   Suite 904**
**Wilmington DE 19899**

**Name of Appellee:**    W.R. Grace

**Counsel for Appellee:**
James E. O'Neill
Pachulski Stang Ziehl Young Jones & Wein
919 North Market Street
16th Floor
PO Box 8705
Wilmington, DE 19899

1.

**Enclosed Items:**
Notice of Appeal: docket # 13327, Order docket #13257
Amended Notice of Appeal docket # 13351

Appellant: Designation: docket #13386
Appellee/Cross-Appellant: Designation: docket # 13451