IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et al.

---

| | | |
|---|---|---|
| Official Committee of Asbestos Personal Injury Claimants, et al., | ) ) ) | |
| Appellants, | ) ) ) | Civil Action No. 06-689 |
| v. | ) ) | |
| W.R. Grace & Co., et al., | ) ) | Bankruptcy Case No. 01-1139 |
| Appellees. | ) | Appeal No. 06-63 |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, John C. Phillips, Jr. moves the admission *pro hac vice* of Roger Frankel to represent David T. Austern, the Future Claimants' Representative, in this matter.

Dated: December 1, 2006

John C. Phillips, Jr., Esq. (#110)
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
*Attorney for the Future Claimants' Representative*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Roger Frankel is GRANTED.


Dated:_____       _____
                                    Honorable Ronald L. Buckwalter, Sr. J.

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Roger Frankel, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: December 1, 2006

_____
Roger Frankel
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street, N.W.
Washington, D.C. 20007
(202) 339-8400
(202) 339-8500 (fax)
*Attorney for the Future Claimants' Representative*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et al.

---

| | | |
|---|---|---|
| Official Committee of Asbestos Personal Injury Claimants, et al., | ) ) ) | Civil Action No. 06-689 |
| Appellants, | ) ) ) | |
| v. | ) ) | |
| W.R. Grace & Co., et al., | ) ) | Bankruptcy Case No. 01-1139 |
| Appellees. | ) ) | Appeal No. 06-63 |

## CERTIFICATE OF SERVICE

I, ROSE M. MEADE, do hereby certify that I am over the age of 18, and that on this 1st day of December, 2006, I caused copies of the Motion and Order for Admission *Pro Hac Vice* of Roger Frankel to be served by first class mail, postage prepaid, on those individuals shown in the attached service list.

_____
Rose M. Meade
Orrick, Herrington & Sutcliffe LLP

## SERVICE LIST

Kirkland & Ellis LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601

Stroock & Stroock & Lavan LLP
Lewis Kruger
Kenneth Pasquale
180 Maiden Lane
New York, New York 10038

Duane Morris LLP
William S. Katchen
744 Broad Street, Suite 1200
Newark, New Jersey 07102

Buchanan Ingersoll & Rooney, PC
Teresa K.D. Currier
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801

Pachulski Stang Ziehl Young Jones &
Weintraub LLP
Laura Davis Jones
James E. O'Neill
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

Duane Morris LLP
Michael R. Lastowski
Richard W. Riley
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801

Kramer Levin Naftalis & Frankel LLP
Philip Bentley
Gregory Horowitz
Gary M. Becker
919 Third Avenue
New York, New York 10022

David M. Klauder
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801