## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | CIVIL ACTION NO. 06-689 |
| | : | |
| W.R. GRACE & CO., et. al., | : | Bankruptcy Case No. 01-1139 |
| | : | |
| Debtors. | : | Appeal No. 06-63 |
| | : | |
| | : | |

### ORDER

**AND NOW**, this 13th day of December, 2006, upon consideration of Appellant's Motion to Expedite Review of Appeal, and Appellee's Response thereto, the following schedule is entered with regard to the appeal from the United States Bankruptcy Court's order of September 11, 2006:

1.    Appellee's brief must be filed on or before December 28, 2006.

2.    Appellant's reply must be filed on or before January 10, 2007.

3.    Appellee's surreply must be filed on or before January 16, 2007.

4.    **ORAL ARGUMENT** is scheduled for Monday, January 22, 2007 at 4:00 p.m. in Courtroom 14A of the United States District Court for the Eastern District of Pennsylvania, Philadelphia, Pa.

BY THE COURT:

 *s/ Ronald L. Buckwalter, S. J.*
RONALD L. BUCKWALTER, S.J.