IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., *et al.*,

---

| | |
|---|---|
| Official Committee of Asbestos Personal Injury Claimants, et al., | ) ) ) |
| Appellants, | ) ) Civil Action No. 06-689 |
| v. | ) ) |
| W.R. Grace & Co., et al., | ) ) Bankruptcy Case No. 01-1139 |
| Appellees. | ) Appeal No. 06-63 ) |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 28th day of December, 2006, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**BRIEF OF APPELLEES**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

Grace Exclusivity Appeal Service List
Case Number: 01-1139 (JKF)
Document Number: 123896
23- E-Mail

E-mail  David.Klauder@usdoj.gov
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee

E-mail: meskin@del.camlev.com;
mhurford@del.camlev.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC

E-mail: ttacconelli@ferryjoseph.com
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

E-mail: mlastowski@duanemorris.com
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

E-mail: currier@klettrooney.com
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

E-mail: pvnl@capdale.com;
jal@capdale.com
(Official Committee of Personal Injury Claimants)
Peter Van Lockwood, Esquire
Caplin & Drysdale, Chartered

E-mail: akruger@stroock.com;
kpasquale@stroock.com
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP

E-mail: jsakalo@bilzin.com;
sbaena@bilzin.com
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

E-mail: pbentley@kramerlevin.com;
gbecker@kramerlevin.com
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Gary Becker, Esquire
Kramer Levin Naftalis & Frankel LLP

E-mail: rwryon@orrick.com;
rfrankel@orrick.com
(Counsel to Futures Representative)
Roger Frankel
Richard H. Wyron

E-mail: jcp@pgslaw.com
(Counsel to Futures Representative)
John C. Phillips, Jr., Esquire

E-mail: jbaer@kirkland.com

E-mail: dboll@kirkland.com

E-mail: dbernick@kirkland.com

E-mail: ljones@pszyjw.com.

E-mail: wskatchen@duanemorris.com

E-mail: joneill@pszyjw.com

DOCS_DE:123896.1