# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., *et al.*,

---

| | |
|---|---|
| Official Committee of Asbestos Personal Injury Claimants, et al., ) ) ) | |
| Appellants, ) ) | Civil Action No. 06-689 |
| v. ) ) | |
| W.R. Grace & Co., et al., ) ) | Bankruptcy Case No. 01-1139 |
| Appellees. ) ) | Appeal No. 06-63 |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 28th day of December, 2006, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**APPENDIX TO BRIEF OF APPELLEES**

_/s/ James E. O'Neill_
James E. O'Neill (Bar No. 4042)

2

91100-001\DOCS_DE:123898.1

Grace Exclusivity Appeal Service List
Case Number: 01-1139 (JKF)
Document Number: 123896
23- E-Mail

*E-mail  David.Klauder@usdoj.gov*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee

*E-mail: meskin@del.camlev.com;*
*mhurford@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: pvnl@capdale.com;*
*jal@capdale.com*
(Official Committee of Personal Injury
Claimants)
Peter Van Lockwood, Esquire
Caplin & Drysdale, Chartered

*E-mail: akruger@stroock.com;*
*kpasquale@stroock.com*
(Official Committee of Unsecured
Creditors)

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com;*
*sbaena@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: pbentley@kramerlevin.com;*
*gbecker@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Gary Becker, Esquire
Kramer Levin Naftalis & Frankel LLP

*E-mail: rwryon@orrick.com;*
*rfrankel@orrick.com*
(Counsel to Futures Representative)
Roger Frankel
Richard H. Wyron

*E-mail: jcp@pgslaw.com*
(Counsel to Futures Representative)
John C. Phillips, Jr., Esquire

*E-mail: jbaer@kirkland.com*

*E-mail: dboll@kirkland.com*

*E-mail: dbernick@kirkland.com*

*E-mail: ljones@pszyjw.com.*

*E-mail: wskatchen@duanemorris.com*

*E-mail: joneill@pszyjw.com*