

ORRICK, HERRINGTON & SUTCLIFFE LLP
WASHINGTON HARBOUR
3050 K STREET, NW
WASHINGTON, DC 20007-5135
tel 202-339-8400
fax 202-339-8500
WWW.ORRICK.COM

January 10, 2007

Jonathan P. Guy
(202) 339-8516
jguy@orrick.com

**VIA HAND DELIVERY AND OVERNIGHT MAIL**

The Honorable Ronald L. Buckwalter
United States District Court for the
Eastern District of Pennsylvania
601 Market Street, Room #14614
Philadelphia, PA 19106

**Re: Official Committee of Asbestos Personal Injury Claimants, *et al.* v. W.R. Grace & Co., *et al.*, Civil Action No. 06-689**

Dear Judge Buckwalter:

On December 1, 2006, the Official Committee of Asbestos Personal Injury Claimants, the Future Claimants' Representative, and the Official Committee of Asbestos Property Damage Claimants (collectively, "Appellants") filed their opening brief in the above-referenced bankruptcy appeal (D.I. 13). On December 28, 2006, the debtor, W.R. Grace & Co., its affiliated debtors in bankruptcy, and certain other interested parties (collectively, "Appellees") filed their opposing brief (D.I. 19). Having reviewed the Appellees' opposing brief, the Appellants respectfully submit that no further briefing is necessary. Accordingly, the Appellants will not be filing a reply brief on January 10, 2007, and the filing of any surreply briefs by January 16, 2007 is unnecessary.

Respectfully submitted,

Jonathan P. Guy /by arf

Jonathan P. Guy
Counsel for Appellant, Future Claimants' Representative





cc (via email):

David M. Bernick
Janet S. Baer
James O'Neill
Lewis Kruger
Michael R. Lastowski
Teresa K.D. Currier
Philip Bentley
David M. Klauder
Elihu Inselbuch
Mark T. Hurford
Scott L. Baena
Theodore J. Tacconelli
Roger Frankel
John C. Phillips, Jr.