IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et al.

---

| | |
|---|---|
| Official Committee of Asbestos Personal Injury Claimants, et al., ) ) ) | |
| ) | Civil Action No. 06-689 |
| Appellants, ) ) | |
| v. ) ) | |
| W.R. Grace & Co., et al., ) ) | Bankruptcy Case No. 01-1139 |
| Appellees. ) | Appeal No. 06-63 |

## CERTIFICATE OF SERVICE

    I, DEBRA L. FELDER, do hereby certify that I am over the age of 18, and that on this 11th day of January, 2007, I caused copies of a Letter to Judge Buckwalter, dated January 10, 2007, to be served by first class mail, postage prepaid, on those individuals shown in the attached service list.

*Debra L. Felder*
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP

## SERVICE LIST

| | |
|---|---|
| Kirkland & Ellis LLP<br>David M. Bernick, P.C.<br>Janet S. Baer<br>Salvatore F. Bianca<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>*Counsel for the Debtors* | Pachulski Stang Ziehl Young Jones &<br>Weintraub LLP<br>Laura Davis Jones<br>James E. O'Neill<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>*Counsel for the Debtors* |
| Stroock & Stroock & Lavan LLP<br>Lewis Kruger<br>Kenneth Pasquale<br>180 Maiden Lane<br>New York, New York 10038<br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* | Duane Morris LLP<br>Michael R. Lastowski<br>Richard W. Riley<br>1100 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* |
| Duane Morris LLP<br>William S. Katchen<br>744 Broad Street, Suite 1200<br>Newark, New Jersey 07102<br>*Counsel for the Official Committee of*<br>*Unsecured Creditors* | Kramer Levin Naftalis & Frankel LLP<br>Philip Bentley<br>Gregory Horowitz<br>Gary M. Becker<br>1177 Avenue of the Americas<br>New York, New York 10036<br>*Counsel for the Official Committee of*<br>*Equity Holders* |
| Buchanan Ingersoll & Rooney, PC<br>Teresa K.D. Currier<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, Delaware 19801<br>*Counsel for the Official Committee of*<br>*Equity Holders* | David M. Klauder<br>Trial Attorney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801<br>*United States Trustee* |
| Elihu Inselbuch<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>*Counsel for the Official Committee of*<br>*Asbestos Personal Injury Claimants* | Peter Van N. Lockwood<br>Nathan D. Finch<br>Jeffrey A. Liesemer<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, NW<br>Washington, DC 20005<br>*Counsel for the Official Committee of*<br>*Asbestos Personal Injury Claimants* |

| | |
|---|---|
| Marla R. Eskin<br>Mark T. Hurford<br>Campbell & Levine<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>*Counsel for the Official Committee of Asbestos Personal Injury Claimants* | Scott L. Baena<br>Jay M. Sakalo<br>Matthew Kramer<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 South Biscayne Boulevard<br>Suite 2500<br>Miami, FL 33131-2336<br>*Counsel for the Official Committee of Asbestos Property Damage Claimants* |
| Theodore J. Tacconelli<br>Lisa L. Coggins<br>Ferry, Joseph & Pearce, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899<br>*Counsel for the Official Committee of Asbestos Property Damage Claimants* | |