IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>W.R. GRACE & CO., et al.,<br><br>_____Debtors._____<br>Official Committee of Asbestos Personal<br>Injury Claimants, et al.,<br><br>Appellants,<br><br>v.<br><br>W.R. Grace & Co., et al.,<br><br>_____Appellees._____ | Bankruptcy Case No. 01-1139 (JKF)<br><br><br><br><br><br><br><br>USDC Case No. 06-698 (RLB) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, Mark T. Hurford moves the admission *pro hac vice* of Elihu Inselbuch to represent the Official Committee of Asbestos Personal Injury Claimants.

Dated: January 12, 2007

CAMPBELL & LEVINE, LLC

_____
Mark T. Hurford (I.D. No. 3299)
800 King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
Honorable Ronald L. Buckwalter, Sr. J.

{D0077531.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| W.R. GRACE & CO., et al., | ) | Bankruptcy Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |
| Official Committee of Asbestos Personal | ) | |
| Injury Claimants, et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | USDC Case No. 06-698 (RLB) |
| | ) | |
| W.R. Grace & Co., et al., | ) | |
| | ) | |
| Appellees. | ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 will be paid to the Clerk of Court upon the filing of the foregoing motion.

Date: January 12, 2007

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
(212) 319-7125

{D0077531.1}