IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>W.R. GRACE & CO., et al., )<br> )<br>           Debtors. )<br>Official Committee of Asbestos Personal )<br>Injury Claimants, et al., )<br> )<br>           Appellants, )<br> )<br>           v. )<br> )<br>W.R. Grace & Co., et al., )<br> )<br>           Appellees. ) | Bankruptcy Case No. 01-1139 (JKF)<br><br><br><br><br><br>USDC Case No. 06-689 (RLB) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, Mark T. Hurford moves the admission *pro hac vice* of Elihu Inselbuch to represent the Official Committee of Asbestos Personal Injury Claimants.

Dated: January /_, 2007

CAMPBELL & LEVINE, LLC

_/s/_
Mark T. Hurford (I.D. No. 3299)
800 King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: 1/16/07

_/s/_
Honorable Ronald L. Buckwalter, Sr. J.

{D0077531.1}