IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et al.

---

| | |
|---|---|
| Official Committee of Asbestos Personal Injury Claimants, et al., | )<br>)<br>) |
| Appellants, | )  Civil Action No. 06-689<br>) |
| v. | )<br>) |
| W.R. Grace & Co., et al., | )<br>)  Bankruptcy Case No. 01-1139 |
| Appellees. | )  Appeal No. 06-63 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, John C. Phillips, Jr. moves the admission *pro hac vice* of Jonathan P. Guy to represent David T. Austern, the Future Claimants' Representative, in this matter.

Dated: December 1, 2006

John C. Phillips, Jr., Esq. (#110)
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
*Attorney for the Future Claimants' Representative*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Jonathan P. Guy is GRANTED.

Dated: DEC. 12 2006

_____
Honorable Ronald L. Buckwalter, Sr. J.