IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et al.,

| Official Committee of Asbestos Personal Injury Claimants, et al., | ) ) | |
|---|---|---|
| Appellants, | ) ) ) | Civil Action No. 06-689 |
| v. | ) ) | |
| W.R. Grace & Co., et al., | ) ) | Bankruptcy Case No. 01-1139 |
| Appellees. | ) ) | Appeal No. 06-63 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of David M. Bernick, P.C. to represent W.R. Grace & Co., et al., Appellees, in the above-captioned action.

Dated: January 19, 2007

_____
James E. O'Neill (Bar No. 4042)
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: 1/22/07, 2007

_____
The Honorable Ronald L. Buckwalter Sr.
United States District Judge

91100-001\DOCS_DE:124433.1