IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

**W.R. GRACE & CO., et al.**

| | |
|---|---|
| **Official Committee of Asbestos Personal Injury Claimants, et al.,** ) ) ) | |
| Appellants, ) ) | Civil Action No. 06-689 |
| v. ) ) ) | |
| **W.R. Grace & Co., et al.,** ) ) | |
| Appellees. ) ) | Bankruptcy Case No. 01-1139<br>Appeal No. 06-63 |

## NOTICE OF APPEAL

Notice is hereby given that David T. Austern, the court-appointed legal representative for future asbestos claimants, and the Official Committee of Asbestos Personal Injury Claimants, by their respective counsel, hereby appeal to the United States Court of Appeals for the Third Circuit from the United States District Court for the District of Delaware's Memorandum and Order, entered on January 24, 2007, docket number 34 (the "Order").

The parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

{D0079261.1 }

| | |
|---|---|
| **W.R. Grace & Co., *et al.* (Debtors)** | Kirkland & Ellis LLP<br>David M. Bernick, P.C.<br>Janet S. Baer<br>Salvatore F. Bianca<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 861-2000<br><br>Pachulski Stang Ziehl Young Jones<br>& Weintraub LLP<br>Laura Davis Jones<br>James E. O'Neill<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100 |
| **Official Committee of Unsecured Creditors** | Stroock & Stroock & Lavan LLP<br>Lewis Kruger<br>Kenneth Pasquale<br>180 Maiden Lane<br>New York, New York 10038<br>Telephone: (212) 806-5400<br><br>Duane Morris LLP<br>Michael R. Lastowski<br>Richard W. Riley<br>1100 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 657-4900<br><br>Duane Morris LLP<br>William S. Katchen<br>744 Broad Street, Suite 1200<br>Newark, New Jersey 07102<br>Telephone: (973) 424-2031 |

| | |
|---|---|
| **Official Committee of Equity Holders** | Kramer Levin Naftalis & Frankel LLP<br>Philip Bentley<br>Gregory Horowitz<br>Gary M. Becker<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 715-9100<br><br>Klett Rooney Lieber & Schorling<br>Teresa K.D. Currier<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 552-4200 |
| **Future Claimants' Representative** | Orrick, Herrington & Sutcliffe LLP<br>Roger Frankel<br>Richard H. Wyron<br>Jonathan P. Guy<br>Debra L. Felder<br>3050 K Street, NW<br>Washington, DC 20007<br>Telephone: (202) 339-8400<br><br>Phillips, Goldman & Spence, P.A.<br>John C. Phillips, Jr.<br>1200 North Broom Street<br>Wilmington, Delaware 19806<br>Telephone: (302) 655-4200 |

| | |
|---|---|
| **Official Committee of Asbestos Personal Injury Claimants** | Caplin & Drysdale, Chartered<br>Elihu Inselbuch<br>375 Park Avenue, 35th Floor<br>New York, New York 10152<br>Telephone: (212) 319-7125<br><br>Caplin & Drysdale, Chartered<br>Peter Van N. Lockwood<br>Nathan D. Finch<br>Walter B. Slocombe<br>Jeffrey A. Liesemer<br>One Thomas Circle, NW<br>Washington, DC 20005<br>Telephone: (202) 862-5000<br><br>Campbell & Levine, LLC<br>Marla Rosoff Eskin<br>Mark T. Hurford<br>Kathleen Campbell Davis<br>800 N. King Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1900 |
| **Official Committee of Asbestos Property Damage Claimants** | Bilzin Sumberg Baena Price & Axelrod LLP<br>Scott L. Baena<br>Jay M. Sakalo<br>2500 First Union Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 374-7580<br><br>Ferry, Joseph & Pearce, P.A.<br>Michael B. Joseph<br>Theodore J. Tacconelli<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, Delaware 19899<br>Telephone: (302) 575-1555 |

**Office of the United States Trustee**

David M. Klauder
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Telephone: (302) 573-6491

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Debra L. Felder
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
Debra L. Felder
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

*Counsel for David T. Austern,*
*Future Claimants' Representative*

CAMPBELL & LEVINE, LLC

Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000

*Counsel for the Official Committee of*
*Asbestos Personal Injury Claimants*

Dated: February 1, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

**W.R. GRACE & CO., et al.**

---

| | | |
|---|---|---|
| **Official Committee of Asbestos** | ) | |
| **Personal Injury Claimants, et al.,** | ) | |
| | ) | Civil Action No. 06-689 |
| Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| W.R. Grace & Co., et al., | ) | |
| | ) | Bankruptcy Case No. 01-1139 |
| Appellees. | ) | Appeal No. 06-63 |

**CERTIFICATE OF SERVICE**

    I, MARK T. HURFORD, do hereby certify that I am over the age of 18, and that on this 1st day of February, 2007, I caused copies of a Notice of Appeal to be served by first class mail, postage prepaid, on those individuals shown in the attached service list.

    /s/ Mark T. Hurford
    Mark T. Hurford (DE ID No. 3299)
    Campbell & Levine, LLC

{D0079260.1 }

**SERVICE LIST**

| | |
|---|---|
| Kirkland & Ellis LLP<br>David M. Bernick, P.C.<br>Janet S. Baer<br>Salvatore F. Bianca<br>200 East Randolph Drive<br>Chicago, Illinois  60601<br>*Counsel for the Debtors* | Pachulski Stang Ziehl Young Jones &<br>Weintraub LLP<br>Laura Davis Jones<br>James E. O'Neill<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware  19899-8705<br>*Counsel for the Debtors* |
| Bilzin Sumberg Baena Price & Axelrod LLP<br>Scott L. Baena<br>Jay M. Sakalo<br>2500 First Union Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>*Counsel for the Official Committee of Asbestos Property Damage Claimants* | Ferry, Joseph & Pearce, P.A.<br>Michael B. Joseph<br>Theodore J. Tacconelli<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, Delaware 19899<br>*Counsel for the Official Committee of Asbestos Property Damage Claimants* |
| Stroock & Stroock & Lavan LLP<br>Lewis Kruger<br>Kenneth Pasquale<br>180 Maiden Lane<br>New York, New York  10038<br>*Counsel for the Official Committee of Unsecured Creditors* | Duane Morris LLP<br>Michael R. Lastowski<br>Richard W. Riley<br>1100 North Market Street, Suite 1200<br>Wilmington, Delaware  19801<br>*Counsel for the Official Committee of Unsecured Creditors* |
| Duane Morris LLP<br>William S. Katchen<br>744 Broad Street, Suite 1200<br>Newark, New Jersey  07102<br>*Counsel for the Official Committee of Unsecured Creditors* | Kramer Levin  Naftalis & Frankel LLP<br>Philip Bentley<br>Gregory Horowitz<br>Gary M. Becker<br>1177 Avenue of the Americas<br>New York, New York  10036<br>*Counsel for the Official Committee of Equity Security Holders* |
| Buchanan Ingersoll & Rooney, PC<br>Teresa K.D. Currier<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, Delaware  19801<br>*Counsel for the Official Committee of Equity Security Holders* | David M. Klauder<br>Trial Attorney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware  19801 |