## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re:

**W.R. GRACE & CO., et al.**

---

| | |
|---|---|
| **Official Committee of Asbestos Personal Injury Claimants, et al.,** ) ) ) | |
| ) | **Civil Action No. 06-689** |
| **Appellants,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **W.R. Grace & Co., et al.,** ) | |
| ) | **Bankruptcy Case No. 01-1139** |
| **Appellees.** ) | **Appeal No. 06-63** |

### NOTICE OF APPEAL

Notice is hereby given that the Official Committee of Asbestos Property Damage Claimants, by its respective counsel, hereby appeals to the United States Court of Appeals for the Third Circuit from the United States District Court for the District of Delaware's Memorandum and Order, entered on January 24, 2007, docket number 34 (the "Order").

The parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**W.R. Grace & Co., *et al.* (Debtors)**

Kirkland & Ellis LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:  (312) 861-2000

Pachulski Stang Ziehl Young Jones
& Weintraub LLP
Laura Davis Jones
James E. O'Neill
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100

**Official Committee of Unsecured Creditors**

Stroock & Stroock & Lavan LLP
Lewis Kruger
Kenneth Pasquale
180 Maiden Lane
New York, New York 10038
Telephone:  (212) 806-5400

Duane Morris LLP
Michael R. Lastowski
Richard W. Riley
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  (302) 657-4900

Duane Morris LLP
William S. Katchen
744 Broad Street, Suite 1200
Newark, New Jersey 07102
Telephone:  (973) 424-2031

**Official Committee of Equity Holders**

Kramer Levin Naftalis & Frankel LLP
Philip Bentley
Gregory Horowitz
Gary M. Becker
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

Buchanan Ingersoll & Rooney PC
Teresa K.D. Currier
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 552-4200

**Future Claimants' Representative**

Orrick, Herrington & Sutcliffe LLP
Roger Frankel
Richard H. Wyron
Jonathan P. Guy
Debra L. Felder
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, Delaware 19806
Telephone: (302) 655-4200

MIAMI 1257787.2 7481715537

**Official Committee of Asbestos Personal Injury Claimants**

Caplin & Drysdale, Chartered
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, New York 10152
Telephone: (212) 319-7125

Caplin & Drysdale, Chartered
Peter Van N. Lockwood
Nathan D. Finch
Walter B. Slocombe
Jeffrey A. Liesemer
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000

Campbell & Levine, LLC
Marla Rosoff Eskin
Mark T. Hurford
Kathleen Campbell Davis
800 N. King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 426-1900

**Official Committee of Asbestos Property Damage Claimants**

Bilzin Sumberg Baena Price & Axelrod LLP
Scott L. Baena
Jay M. Sakalo
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580

Ferry, Joseph & Pearce, P.A.
Theodore J. Tacconelli
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
Telephone: (302) 575-1555

4

**Office of the United States Trustee**

David M. Klauder
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Telephone:  (302) 573-6491

Respectfully submitted,

BILZIN SUMBERG BAENA
PRICE & AXELROD LLP

/s/ Scott L. Baena
Scott L. Baena
Jay M. Sakalo
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Telephone:  (305) 374-7580

and

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (#2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Telephone:  (302) 575-1555

*Counsel for the Official Committee of*
*Asbestos Property Damage Claimants*

Dated:  February 2, 2007

5

## SERVICE LIST

| By Hand Delivery: | First-Class U.S. Mail |
|---|---|

**By Hand Delivery:**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young,
  Jones & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Teresa K. D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

David M. Klauder, III, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207
Wilmington, DE 19801

**By Facsimile and First-Class U.S. Mail:**

David M. Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

**First-Class U.S. Mail**

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Thomas M. Mayer, Esquire
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Roger Frankel, Esquire
Richard H. Wyron, Esquire
The Washington Harbour
Orrick, Herrington & Sutcliffe LLP
3050 K Street, N.W., Suite 200
Washington, D.C. 20007-5135

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, Esquire, hereby certify that on this 2nd day of February, 2007, one copy of the foregoing **Notice of Appeal** was made upon the following parties in the manner indicated therein.

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

/s/Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)