# TRANSCRIPT PURCHASE ORDER

| District Court | Court of Appeals Docket No. | 07-1344 |
|---|---|---|
| District of Delaware | District Court Docket No. | 06-689 |

Short Case Title __Official Committee of Asbestos Claimants & Future Claimants Rep.__
Date Notice of Appeal Filed by Clerk of District Court __02/01/07__        v. W.R. Grace, Co., et al.

**PART I.** (To be completed by party responsible for ordering transcript)    NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

A. Complete one of the following and serve ALL COPIES:
TRANSCRIPT:

☐ None      ☐ Unnecessary for appeal purposes.
☒ Already on file in the D.C. Clerk's office.
☐ This is to order a transcript of the proceedings heard on the date listed below from _____
(Name of Court Reporter)
(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of proceedings, specify exactly what portion or what witness testimony is desired.

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in trial transcripts.

Voir dire ☐ ;   Opening statement of plaintiff ☐   defendant ☐
Closing argument of plaintiff ☐      defendant ☐
Jury instructions ☐      Sentencing Hearings ☐

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript.   The method of payment will be:

☐ Criminal Justice Act (Attach copy of CJA form 24)
☐ Motion for transcript has been submitted to DC Judge
☒ Private Funds

Signature __/s/ Mark T. Hurford__    Date __2/12/07__
Print Name __Mark T. Hurford (DE I.D. No. 3299)__   Counsel for __Official Committee of Asbestos PI Claimants__
Address __800 N. King St., Ste. 300, Wilmington, DE 19801__   Telephone __302-426-1900__

**PART II.**   COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

☐ Arrangements for payment were made on _____
☐ Arrangements for payment have not been made pursuant to FRAP 10(b)

_____   _____   _____
Date     Signature of Court Reporter     Telephone

**PART III.**   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages      _____ Actual Number of Volumes

_____      _____
Date        Signature of Court Reporter

3CA (12/93)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et al.

---

| | | |
|---|---|---|
| **Official Committee of Asbestos** | ) | |
| **Personal Injury Claimants, et al.,** | ) | |
| | ) | Civil Action No. 06-689 |
| Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| W.R. Grace & Co., et al., | ) | |
| | ) | Bankruptcy Case No. 01-1139 |
| Appellees. | ) | Appeal No. 07-1344 |

## CERTIFICATE OF SERVICE

     I, Mark T. Hurford, do hereby certify that I am over the age of 18, and that on this 12th day of February, 2007, I caused copies of a **Transcript Purchase Order** to be served by first class mail, postage prepaid, on those individuals shown in the attached service list.

                                                 _/s/ Mark T. Hurford_
                                                 Mark T. Hurford (DE 3299)

## SERVICE LIST

Kirkland & Ellis LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
*Counsel for the Debtors*

Pachulski Stang Ziehl Young Jones &
Weintraub LLP
Laura Davis Jones
James E. O'Neill
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
*Counsel for the Debtors*

Bilzin Sumberg Baena Price & Axelrod LLP
Scott L. Baena
Jay M. Sakalo
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
*Counsel for the Official Committee of Asbestos Property Damage Claimants*

Ferry, Joseph & Pearce, P.A.
Michael B. Joseph
Theodore J. Tacconelli
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
*Counsel for the Official Committee of Asbestos Property Damage Claimants*

Stroock & Stroock & Lavan LLP
Lewis Kruger
Kenneth Pasquale
180 Maiden Lane
New York, New York 10038
*Counsel for the Official Committee of Unsecured Creditors*

Duane Morris LLP
Michael R. Lastowski
Richard W. Riley
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
*Counsel for the Official Committee of Unsecured Creditors*

Duane Morris LLP
William S. Katchen
744 Broad Street, Suite 1200
Newark, New Jersey 07102
*Counsel for the Official Committee of Unsecured Creditors*

Kramer Levin Naftalis & Frankel LLP
Philip Bentley
Gregory Horowitz
Gary M. Becker
1177 Avenue of the Americas
New York, New York 10036
*Counsel for the Official Committee of Equity Security Holders*

Buchanan Ingersoll & Rooney, PC
Teresa K.D. Currier
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
*Counsel for the Official Committee of Equity Security Holders*

David M. Klauder
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801

{D0079483.1 }

| | |
|---|---|
| Orrick, Herrington & Sutcliffe, LLP<br>Roger Frankel<br>Debra L. Felder<br>3050 K Street, NW<br>Washington, DC 20007<br>Telephone: (202) 339-8400<br>*Counsel for David T. Austern,*<br>*Future Claimants' Representative* | Phillips, Goldman & Spence, P.A.<br>John C. Phillips, Jr.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>Telephone: (302) 655-4200<br>*Counsel for David T. Austern,*<br>*Future Claimants' Representative* |
| Elihu Inselbuch<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>*Counsel for the Official Committee of*<br>*Asbestos Personal Injury Claimants* | Peter Van N. Lockwood<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, NW<br>Washington, DC 20005<br>*Counsel for the Official Committee of*<br>*Asbestos Personal Injury Claimants* |