UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 07-1344 and 07-1378

In Re:  WR Grace Co, et al.

David T. Austern, Appellant

(Delaware District Bankruptcy No. 06-cv-00689)

O R D E R

    In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure with all fees and costs to be borne by the Debtors-Appellees pursuant to 11 U.S.C. Sec. 330 and 331 as agreed to by the parties.

                        Clerk
                        United States Court of Appeals
                        for the Third Circuit

Date: August 17, 2007

cc:
    Roger L. Frankel, Esq.
    David M. Bernick, Esq.
    James E. O'Neill III, Esq.
    Mark T. Hurford, Esq.
    Elihu Inselbuch, Esq.
    Kenneth Pasquale, Esq.



A True Copy:

Marcia M. Waldron, Clerk